[No. 6586.   Decided September 5, 1907.]

ILLINOIS REFRIGERATOR COMPANY, *Respondent*, v. E. L. RICE,
*Appellant*.[1]

Appeal from a judgment of the superior court for Spokane county,
Kennan, J., entered April 11, 1906, upon findings in favor of the
plaintiff, after a trial on the merits before the court without a jury.
Affirmed.

*A. E. Barnes*, *H. M. Brooks*, and *E. L. Rice*, for appellant.
*Belden & Losey*, for respondent.

PER CURIAM.—This action was brought by the respondent to re-
cover from appellant the value of certain goods alleged to have been
wrongfully appropriated by the appellant, who was acting as agent
for respondent in the sale of goods. Upon issues joined, the cause
was tried to the court without a jury. Findings and a judgment
were entered in favor of the respondent.

The questions presented on this appeal are wholly questions of
fact. We have carefully examined the evidence and are satisfied
that the trial court arrived at a correct judgment in the case. It is
needless to discuss the evidence. The judgment is affirmed.